Defendant's letter-motion requesting: (i) an extension of the briefing schedule; and (ii) the Court's permission to file a 35-page motion (ECF No. 21) is GRANTED IN PART AND DENIED IN PART AS FOLLOWS: The Commissioner's deadline to file its motion is EXTENDED to **Wednesday, July 14, 2021**. Plaintiff pro se Eulena Morris is granted a corresponding extension until **Monday, September 13, 2021**, to file her answering motion. (See ECF No. 3). The Commissioner may file a 30-page motion.

The Clerk of Court is respectfully directed to close ECF No. 21 and to mail a copy of this order to Ms. Morris at the address below.

SO ORDERED 6/10/2021

Mail To: Eulena Morris
3758 10th Ave, Apt 12H
New York, New York 10034

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

Re: *Morris o/b/o Ms. Vitaloney Vasquez v. Saul*, 20 Civ. 7017 (PAE) (SLC)

Dear Judge Cave:

This Office represents the Commissioner of Social Security ("Commissioner") in the above-referenced action pursuant to 42 U.S.C. § 405(g), challenging a decision by the Commissioner to deny plaintiff's application for program benefits.

I respectfully write to request a thirty-day extension of the Commissioner's time to move for judgment on the pleadings, from June 14 to July 14, 2021. The extension is necessary as this matter was reassigned to me only yesterday, and I have competing deadlines in the short term. This is the Commissioner's first request for an extension of the briefing schedule. I also respectfully request an extension of the limit of twenty-five pages on the length of the moving brief to thirty-five pages. The additional pages are necessary for a complete discussion of the administrative record, which is voluminous. The *pro se* plaintiff consents to both requests.

I thank the Court for its consideration of the relief requested herein.

Respectfully,

AUDREY STRAUSS
United States Attorney

BY:   /s/ Joseph A. Pantoja
JOSEPH A. PANTOJA
Assistant United States Attorney
Tel.: (212) 637-2785
Joseph.Pantoja@usdoj.gov

cc:   Eulena Morris, *pro se* (by mail)