UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EULENA MORRIS, on behalf of V.V.,

                    Plaintiff,

          -v-

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

CIVIL ACTION NO.: 20 Civ. 7017 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 31, 2022, the Court issued a Report and Recommendation (the "R&R") recommending that Plaintiff Eulena Morris' motion for judgment on the pleadings (ECF No. 29) be granted and the Commissioner of Social Security's motion for judgment on the pleadings (ECF No. 23) be denied.  (ECF No. 35).  On January 31, 2022, after the R&R was issued, the parties' notice of consent to my jurisdiction for all purposes, dated November 10, 2021, was so-ordered by the Honorable Paul A. Engelmayer and entered on the docket.  (ECF No. 37).  Therefore, the parties having consented to entry of final judgment by this Court, the R&R is WITHDRAWN and VACATED.

In due course, the Court will issue an Opinion and Order reflecting the recommendations of the R&R.

Dated:        New York, New York
              February 1, 2022

                              SO ORDERED.



                              _____
                              **SARAH L. CAVE**
                              **United States Magistrate Judge**