UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

EULENA MORRIS, on behalf of V.V.,

                               Plaintiff,                               20 **CIVIL** 7017 (SLC)

             -against-                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                               Defendant.

-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated February 1 2022, Ms. Morris' Motion is GRANTED, the Commissioner's Motion is DENIED, the ALJ Decision denying benefits is vacated, and the matter is remanded to the agency for further proceedings; accordingly, this case is closed.

**Dated:** New York, New York
            February 1, 2022

                                                               **RUBY J. KRAJICK**

                                                                     Clerk of Court

                                                    **BY:**

                                                                       **Deputy Clerk**